1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL NAVA, | Case No. CV 19-02832-AB (MRWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| WALMART INC., and Does 1 to 50, Inclusive, | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 24, 2020    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE